UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ELIDAN CAMPBELL,

       Plaintiff,

                                          Case No. 3:22-cv-00182-MMH-PDB

v.

JEFFERSON CAPITAL SYSTEMS LLC,

       Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, Jefferson Capital Systems, LLC, through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement regarding this case and are presently drafting, finalizing, and executing the formal settlement documents.  Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: May 19, 2022

                                    Respectfully submitted,

                                    */s/ Ashley Wydro*
                                    Ashley Wydro, Esq.
                                    Florida Bar No. 0106605
                                    Dayle M. Van Hoose, Esq.
                                    Florida Bar No. 0016277
                                    SESSIONS, ISRAEL & SHARTLE
                                    3350 Buschwood Park Drive, Suite 195
                                    Tampa, Florida 33618
                                    Telephone: (813) 440-5327

Facsimile: (877) 334-0661
awydro@sessions.legal
dvanhoose@sessions.legal
*Counsel for Defendant,*
*Jefferson Capital Systems, LLC*

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on this 19th day of May 2022, a copy of the foregoing was filed electronically in the CM/ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.

Jibrael S. Hindi, Esq.
Thomas J. Patti, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, FL 33301
jibrael@jibraellaw.com
tom@jibraellaw.com

*/s/ Ashley Wydro*
Attorney